IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re:  Cases Referred to                           :
         Magistrate Judge Jack Sherman, Jr.    :    Case Number:   1:02cv79
                                                    :

ORDER

The above case is hereby transferred from the docket of Magistrate Judge Jack Sherman, Jr. to the docket of Magistrate Judge Susan M Novotny.

IT IS SO ORDERED.

           ___s/Susan J. Dlott_____
           Susan J. Dlott
           United States District Judge