IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re:  Cases Referred to
      Magistrate Judge Susan M. Novotny      Case Number:　1:02cv79

ORDER

The above case is hereby transferred from the docket of Magistrate Judge Susan M. Novotny to the docket of Magistrate Judge David S. Perelman.

IT IS SO ORDERED.

                  ___s/Susan J. Dlott_____
                  Susan J. Dlott
                  United States District Judge

Case 1:02-cv-00079-SJD-TSB　　Document 14　　Filed 01/12/2004　　Page 1 of 1