IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re:  Cases Referred to
Magistrate Judge David S. Perelman          Case Number:   1:02cv79


ORDER

The above case is hereby transferred from the docket of Magistrate Judge David S. Perelman to the docket of Magistrate Judge Timothy S. Black.

IT IS SO ORDERED.


       ___s/Susan J. Dlott_____
       Susan J. Dlott
       United States District Judge