## CASHIER'S STATEMENT

Inmate Name __Rogers__          Inmate Number __A345-940__
Statement Date __6/28/04__      Institution __LoCI__

I, __M. McCurey__, Cashier at the above referenced correctional institution, certify that the following information is a true and accurate reflection of the status of the amount maintained at this institution for the benefit of the above named inmate.

THE CURRENT BALANCE FOR THIS INDIVIDUAL IS $ __37.22__

### PAYROLL:

Total amount of payroll credited to the inmate's account by the State of Ohio for his job assignment for the preceding six (6) months.  $ __108.00__

Average monthly payroll amount for **each** of the preceding six (6) months.  $ __18.00__

### RECEIPTS:

Total amount credited to the inmate's account from all other sources for the preceding six (6) months.  $ __100.00__

Average monthly receipts amount for **each** of the preceding six (6) months.  $ __16.67__

### EXPENDITURES:

Total amount of expenditures for all transactions from inmate's account for the preceding six (6) months.  $ __170.80__

Average monthly expenditures amount for **each** of the preceding six (6) months.  $ __28.47__

THE BEGINNING DATE OF THIS STATEMENT IS __12/29/03__ AND THE ENDING DATE IS __6/28/04__.

__M. McCurey__                          __6/28/04__
SIGNATURE and CERTIFICATION             DATE of SIGNATURE and CERTIFICATION